**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger**

**Civil Action No. 12-cv-03113-MSK-BNB**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

1.     $13,711.26 SEIZED FROM ACCOUNT #5010-0113-1794;

2.     $752,293.61 SEIZED FROM ACCOUNT #1-0868271-0;

3.     $762,464.08 SEIZED FROM ACCOUNT # 1448-4245;

4.     $309,319.68 SEIZED FROM ACCOUNT # 1457-0369;

5.     $85,000.00 SEIZED FROM ACCOUNT # 3243145871;

6.     $207,443.00 SEIZED FROM ACCOUNT # 882671951;

7.     $467,997.43 SEIZED FROM ACCOUNT # 50122944;

8.     $32,897.15 SEIZED FROM ACCOUNT # 50053222;

9.     $377,859.88 SEIZED FROM ACCOUNT # 50124007;

10.     $745,131.77 SEIZED FROM ACCOUNT # 50053552;

11.     $1,399,510.89 SEIZED FROM ACCOUNT $50053784;

12.     $88,537.75 SEIZED FROM ACCOUNT # 57397374;

13.     $533,087.24 SEIZED FROM ACCOUNT #69990257;

14.     $901,743.23 SEIZED FROM ACCOUNT #18395921;

15.     $155,236.55 SEIZED FROM ACCOUNT # 69990281;

16.     $118,996.27 SEIZED FROM ACCOUNT # 69990299;

17.     $150,903.00 SEIZED FROM ACCOUNT # 50053438;

 18. $122,396.10 SEIZED FROM ACCOUNT # 50059856;

 19. $130,764.40 SEIZED FROM ACCOUNT # 50059872;

 20. $92,531.91 SEIZED FROM ACCOUNT # 18395913;

 21. $229,763.57 SEIZED FROM ACCOUNT # A02-0084792;

 22. $6,252,64 SEIZED FROM ACCOUNT # 50052539;

 23. $61,956.06 SEIZED FROM ACCOUNT # 50053792;

 24. $6,538.93 SEIZED FROM ACCOUNT # 50059617;

 25. $896.30 SEIZED FROM ACCOUNT # 50053578;

 26. ALL FUNDS FROZEN IN ACCOUNT # 01-122-00086-0;

 27. ALL FUNDS FROZEN IN ACCOUNT # 01-122-00128-4;

 28. ALL FUNDS FROZEN IN ACCOUNT # 01-122-00095-9;

 29. ALL FUNDS FROZEN IN ACCOUNT # 01-506-01088-5;

 30. ALL FUNDS FROZEN IN ACCOUNT # 01-506-00863-5; and

 31. $472,462.28 IN UNITED STATES CURRENCY,

  **Defendants.**

_____

## OPINION AND ORDER ADOPTING RECOMMENDATION AND GRANTING MOTIONS FOR FINAL ORDER(S) OF FORFEITURE
_____

  **THIS MATTER** comes before the Court pursuant to the Magistrate Judge's Recommendation (**# 17**) that the Plaintiff's Motion for Final Order of Forfeiture (**# 13**) directed at the domestic defendant Bank Accounts and funds and the Plaintiff's Motion for Final Order of Forfeiture (**# 15**) directed at the foreign Defendant bank accounts be granted. More than 14 days have passed since the Recommendation was issued and no party has filed Objections. The Court has reviewed the Recommendation under the otherwise applicable *de novo* standard of review

under Rule 72(b).  Upon such *de novo* review, the Court reaches the same conclusions as the Magistrate Judge for essentially the same reasons.  Accordingly, the Court **ADOPTS** the Recommendation **(# 17)** and **GRANTS** the motions **(# 13, 15)**.  The Court enters Final Order(s) of Forfeiture, in the form found at Docket # 13-2 and 15-2, as if those documents were set forth herein.  The Clerk of the Court shall enter judgments of forfeiture in favor of the Plaintiff as to each of the Defendants accounts/funds.

Dated this 11th day of September, 2014.

**BY THE COURT:**

_/s/ Marcia S. Krieger_

Marcia S. Krieger
Chief United States District Judge